**UNITED STATES DISTRICT COURT**
**DISTRICT OF MONTANA**
**HELENA DIVISION**

**FILED**

NOV 0 1 2017

Clerk, U.S. District Court
District Of Montana
Helena

ELVIS A. JOHNSON, Individually and
on Behalf of all Other Similarly Situated,

               Plaintiffs,

    vs.

EQUIFAX, INC.,

               Defendant.

Case No. 6:17-cv-00100-SEH

**ORDER**

Defendant's Unopposed Motion to Stay or, in the Alternative, for an Extension of Time to Respond to the Complaint (Doc. 2) is GRANTED. All proceedings and deadlines in this case are stayed pending resolution by the Judicial Panel on Multidistrict Litigation of the Motions for Consolidation and Transfer Under 28 U.S.C. § 1407 filed in *In re Equifax, Inc., Customer Data Security Breach Litigation*, MDL No. 2800 (J.P.M.L. Sept. 11, 2017).

Defendant shall file a status report with this Court within 10 days of the Judicial Panel on Multidistrict Litigation's ruling on the pending motions to consolidate and transfer.

DATED this _1st_ day of November, 2017.

SAM E. HADDON
UNITED STATES DISTRICT JUDGE